IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **CRIMINAL NO.  08-00160-CG** |
| **v.** | * |
| | * |
| **KELLY W. TUCKER, M.D.** | * |

**FINAL JUDGMENT OF FORFEITURE**

**WHEREAS**, on April 30, 2008, a Plea Agreement was entered by Defendant, **KELLY W. TUCKER, M.D.**, and the United States of America, which Plea Agreement provided, *inter alia*, that the Defendant, **KELLY W. TUCKER, M.D.**, would enter a plea of guilty to Counts One and Two of the Information filed by the United States Attorney, charging him with conspiracy to dispense and distribute Schedule III controlled substances outside of the usual course of professional practice in violation of Title 21, U.S.C. §846 (Count One).  The defendant agreed in the Plea Agreement to immediately forfeit to the United States all of the defendant's right, title, and interest to all property which is set forth in Count Two of the Information and which is forfeitable to the United States pursuant to Title 21, United States Code, Section 853. Pursuant to that plea agreement the defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the defendant at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, **KELLY W. TUCKER, M.D.**, agreed to and confessed to forfeit the following property:

   **(1) drug proceeds in the amount of $30,000.00**

2

**WHEREAS,** the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting August 5, 2009, on www.forfeiture.gov.  A Proof of Publication was filed on September 9, 2009, (Doc. 26), specifying the details of this publication.  No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 846, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**(1) drug proceeds in the amount of $30,000.00.**

**IT IS FURTHER ORDERED** that the United States shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney George F. May.

**DONE and ORDERED** this 18th day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE