# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 08-00160-CG |
| | ) | |
| KELLEY W. TUCKER, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure. (Doc.31). The United States asks the court to reduce the defendant's 21-month sentence by 10 months because he provided substantial assistance in the investigation and prosecution of other defendants since the date of his sentencing. Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Based upon the information presented, the court finds that a reduction of the sentence by 10 months is appropriate.

Therefore, it is **ORDERED** that defendant **KELLEY W. TUCKER, M.D.'s** sentence hereby is amended, and his term of imprisonment is reduced from 21 months to **11 months**. All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 12th day of July, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE